IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRYSTAL CREAMER
o/b/o A.C.C., a minor                                                               PLAINTIFF

            v.                     Civil No. 08-3045

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of January 2010.

                                                           /s/ *J. Marschewski*
                                                           HON. JAMES R. MARSCHEWSKI
                                                           UNITED STATES MAGISTRATE JUDGE